HUGH FOX, an Infant, by AGNES O'ROURKE, His Guardian ad Litem, et al., Appellants, *v.* MISSION OF THE IMMACULATE VIRGIN FOR THE PROTECTION OF HOMELESS AND DESTITUTE CHILDREN, Respondent.

Argued October 6, 1955; decided October 20, 1955.

*Julius A. Itzkowitz, Samuel Kolatch* and *Anton R. Siegal* for appellants.

*William L. Shumate* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: DESMOND, FULD, VAN VOORHIS and BURKE, JJ. CONWAY, Ch. J., and FROESSEL, J. dissent and vote to reverse upon the ground that the record presents questions of fact which required the submission to a jury of the question of the contributory negligence of the infant plaintiff. Taking no part: DYE, J.